**Order entered October 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01138-CR
No. 05-16-10039-CR
No. 05-16-01140-CR

**DERRICK BRANNON SULLIVAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1324555, F-13-24563, F-13-25621**

## ORDER

Appellant's Corrected Motion for Extension of Time to Find New Counsel, File Appellant's Response Brief and Postpone Final Submission of Appeal Brief and Oral Argument is **DENIED**.

/s/      BILL WHITEHILL
         JUSTICE